AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>JOHN CHRISTOPHER NICHOLS,<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>) Case No.    1:18-MJ-500<br>)<br>)<br>) |

**F I L E D**

OCT 1 8 2018

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 25, 2018 _____ in the county of _____ Fauquier _____ in the

_____ Eastern _____ District of _____ Virginia _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 922(o) | Defendant unlawfully, knowingly, and intentionally possessed a machinegun. |

This criminal complaint is based on these facts:

(See attached affidavit.)

☐ Continued on the attached sheet.

Reviewed by
AUSA Nicholas Murphy, II
SAUSA William Reed

_____
*Complainant's signature*

Zachary D. Mikkelson, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 10/18/2018 _____

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
*Judge's signature*

City and state: _____ Alexandria, VA _____

Hon. Theresa Carroll Buchanan, U.S. Magistrate Judge
*Printed name and title*